UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

In re

THOMAS J. RICHARDSON,   :
    Debtor

———————————————————

MICHAEL J. DALY, TRUSTEE   :   CASE NO. 3:01CV2126(DJS)
    Plaintiff/Appellee,

v.

ANNE V. RICHARDSON,   :
    Defendant/Appellant

## JUDGMENT

This matter came on for consideration for relief from a decision of the Bankruptcy Court, by the Honorable Dominic J. Squatrito, United States District Judge, and

The Court having considered the full record of this case and the applicable principles of law, affirms the decision of the bankruptcy court, it is therefore,

ORDERED, ADJUDGED and DECREED that the decision of the Bankruptcy Court is AFFIRMED.

Dated at Hartford, Connecticut this 29th day of September 2004.

                        KEVIN F. ROWE, Clerk

                        By: _____
                            Terri Glynn
                            Deputy Clerk