UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE<br>  THOMAS J. RICHARDSON,<br>      DEBTOR | |
| MICHAEL J. DALY, TRUSTEE<br>      PLAINTIFF/APPELLEE<br>VS | NO. 3:01-cv-2126(DJS) |
| ANNE V. RICHARDSON,<br>      DEFENDANT/APPELLANT | OCTOBER 20, 2004 |

**NOTICE OF APPEAL TO UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**

      Anne V. Richardson, the defendant, appeals to the United States Court of Appeals for the Second Circuit from the final judgment of the United States District Court for the District of Connecticut (Squatrito, J.), entered in this case on September 29, 2004 affirming the decision of the bankruptcy court on the Trustee's Complaint for Avoidance of Transfer, <u>Daly v. Richardson (In re Richardson)</u>, No. 95-3075 (Bankr. D. Conn. October 23, 2001).

      The parties to the judgment appealed from, and the names and addresses of their respective attorneys, are as follows:

Michael J. Daly, Trustee
Attorney:    Douglas S. Skalka, Esq.
                Neubert, Pepe & Monteith, P.C.
                159 Church Street, 13th Floor
                New Haven, CT 06510

Anne V. Richardson
Attorney:    Ira B. Grudberg, Esq.
                Jacobs, Grudberg, Belt & Dow, P.C.
                350 Orange Street
                P.O. Box 606
                New Haven, CT  06503

The Defendant/Appellant
Anne V. Richardson,


_____
Ira B. Grudberg (ct00178)
JACOBS, GRUDBERG, BELT & DOW, P.C.
350 Orange Street
P.O. Box 606
New Haven, CT  06503
(203) 772-3100
igrudberg@jacobslaw.com


**CERTIFICATION**

  I hereby certify that a copy of the foregoing has been mailed, postage pre-paid, this 20th day of October, 2004 to:

Michael J. Daly, Trustee
Cantor, Floman, Gross, Kelly & Sacramone, P.C
378 Boston Post Road
PO Drawer 966
Orange, CT 06477-0966

Douglas S. Skalka, Esq.
James A. Lenes, Esq.
Neubert, Pepe & Monteith, P.C.
159 Church Street, 13th Floor
New Haven, CT 06510

Attorney Patricia Beady
Office of the United States Trustee
265 Church Street, Suite 1103
New Haven, CT 06510-7013

Hon. Albert S. Dabrowski
U.S. Bankruptcy Court
157 Church Street -- 18th Floor
New Haven, CT 06510


_____
Ira B. Grudberg