UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE<br>  THOMAS J. RICHARDSON,<br>      DEBTOR<br><br>MICHAEL J. DALY, TRUSTEE<br>      PLAINTIFF/APPELLEE<br>VS<br><br>ANNE V. RICHARDSON,<br>    DEFENDANT/APPELLANT | NO. 3:01-cv-2126(DJS)<br><br>OCTOBER 27, 2004<br><br>USCA: |

## INDEX TO THE RECORD ON APPEAL

Defendant/appellant hereby designates the following papers of record to be forwarded to the United States Court of Appeals for the Second Circuit for her appeal:

### IN THE UNITED STATES BANKRUPTCY COURT

| DATE FILED | COURT DOCUMENT NO. | DOCUMENT NAME | DOCUMENT NO. |
|---|---|---|---|
| 11/08/95 | 1 | COMPLAINT | 1 |
| 01/29/96 | 13 | ANSWER | 2 |
| 12/09/96 | 24 | PLAINTIFF'S LIST OF EXHIBTS/ WITNESSES | 3 |
| 01/07/97 | 25 | DEFENDANT'S LIST OF EXHIBITS/ WITNESSES | 4 |
| | | ALL TRIAL EXHIBITS | 5 |
| 02/04/97 | 27 | TRANSCRIPT OF 1/13/97 HEARING | 6 |
| 01/03/00 | 31 | TRANSCRIPT OF 3/25/97 HEARING | 7 |

| | | | |
|---|---|---|---|
| 05/01/97 | 30 | DEFENDANT'S POST TRIAL BRIEF | 8 |
| 04/28/97 | 29 | TRIAL BRIEF OF PLAINTIFF | 9 |
| 10/02/01 | 32 | ORDER FOR SUPP. BRIEFING | 10 |
| 10/15/01 | 33 | PLAINTIFF'S SUPP. TRIAL BRIEF | 11 |
| 10/16/01 | 34 | DEFENDANT'S SUPP. BRIEF | 12 |
| 04/03/97 | 28 | STIP. DATED 4/2/97 | 13 |
| 10/23/01 | 35 | FINDINGS OF FACT AND CONCLUSIONS OF LAW ON TRUSTEE'S COMPLAINT FOR AVOIDANCE OF TRANSFER | 14 |
| 11/01/01 | 37 | NOTICE OF APPEAL | 15 |

## IN THE UNITED STATES DISTRICT COURT

| DATE FILED | COURT DOCUMENT NO. | DOCUMENT NAME | DOCUMENT NO. |
|---|---|---|---|
| 12/10/01 | 5 | NOTICE OF SUPP. STATEMENT BY DEFENDANT | 16 |
| 12/11/01 | 6 | DESIGNATION OF ADDITIONAL ITEMS ON APPEAL BY DEFENDANT | 17 |
| 01/15/02 | 7 | APPELLANT/ DEFENDANT'S BRIEF | 18 |
| 01/15/02 | 8 | APPELLANT/ DEFENDANT'S APP. | 19 |

| Date | No. | Description | |
|---|---|---|---|
| 02/28/02 | 10 | APPELLEE'S BRIEF | 20 |
| 03/13/02 | 12 | APPELLANT'S REPLY BRIEF | 21 |
| 09/29/04 | 13 | DECISION AFFIRMING BANKRUPTCY COURT | 22 |
| 09/29/04 | 14 | JUDGMENT AFFIRMING BANKRUPTCY COURT | 23 |
| 10/21/04 | 15 | NOTICE OF APPEAL | 24 |

## **ISSUES TO BE PRESENTED**

1. Did the Bankruptcy Court's decision unjustly enrich the Bankruptcy Estate by allowing the Estate to retain the benefit of one-half the mortgage principal and interest payments, as well as payments for improvements to the property, made by defendant in connection with 46 Hintz Drive, Wallingford, Connecticut since November 12, 1991?

2. Should any re-conveyance of the debtor's interest in 46 Hintz Drive, Wallingford, Connecticut be valued as of the time the initial transfer of interest was made?

The Defendant/Appellant
Anne V. Richardson,


/s/ Ira B. Grudberg
Ira B. Grudberg (ct00178)
Trisha M. Morris (ct0017677)
JACOBS, GRUDBERG, BELT & DOW, P.C.
350 Orange Street
P.O. Box 606
New Haven, CT  06503
Telephone:  (203) 772-3100
Facsimile:  (203) 772-1691
igrudberg@jacobslaw.com
tmorris@jacobslaw.com

## **CERTIFICATION**

I hereby certify that a copy of the foregoing has been mailed, postage pre-paid, this 27th day of October, 2004 to:

Michael J. Daly, Trustee
Cantor, Floman, Gross, Kelly & Sacramone, P.C
378 Boston Post Road
PO Drawer 966
Orange, CT 06477-0966

Douglas S. Skalka, Esq.
James A. Lenes, Esq.
Neubert, Pepe & Monteith, P.C.
159 Church Street, 13th Floor
New Haven, CT 06510

Attorney Patricia Beady
Office of the United States Trustee
265 Church Street, Suite 1103
New Haven, CT 06510-7013

Hon. Albert S. Dabrowski
U.S. Bankruptcy Court
157 Church Street -- 18th Floor
New Haven, CT 06510

/s/ Ira B. Grudberg
Ira B. Grudberg