District of Connecticut (New Haven)

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 MAR -3 P 2: 39

U.S. DISTRICT COURT
NEW HAVEN, CT

IN RE
THOMAS J. RICHARDSON,
DEBTOR

MICHAEL J. DALY, TRUSTEE
PLAINTIFF/APPELLEE
VS

ANNE V. RICHARDSON,
DEFENDANT/APPELLANT

NO. 3:01-cv-2126(DJS)

OCTOBER 27, 2004

USCA:

## INDEX TO THE RECORD ON APPEAL

Defendant/appellant hereby designates the following papers of record to
be forwarded to the United States Court of Appeals for the Second Circuit for her
appeal:

### IN THE UNITED STATES BANKRUPTCY COURT

| DATE FILED | COURT DOCUMENT NO. | DOCUMENT NAME | DOCUMENT NO. |
|---|---|---|---|
| 11/08/95 | 1 | COMPLAINT | 1 |
| 01/29/96 | 13 | ANSWER | 2 |
| 12/09/96 | 24 | PLAINTIFF'S LIST OF EXHIBTS/ WITNESSES | 3 |
| 01/07/97 | 25 | DEFENDANT'S LIST OF EXHIBITS/ WITNESSES | 4 |
|  |  | ALL TRIAL EXHIBITS | 5 |
| 02/04/97 | 27 | TRANSCRIPT OF 1/13/97 HEARING | 6 |
| 01/03/00 | 31 | TRANSCRIPT OF 3/25/9? HEARING | |

I HEREBY ACKNOWLEDGE RECEIPT OF THE
CERTIFIED COPY OF DOCKET ENTRIES AND
INDEX IN LIEU OF RECORD ON APPEAL.

DATE: 11/2/04

Roseann B. MacKechnie
CLERK, U.S.C.A. 2ND CIRCUIT