District of Connecticut
(New Haven)

# MANDATE

## UNITED STATES COURT OF APPEALS
### FOR THE
### SECOND CIRCUIT

Michael J. Daly
_Plaintiff-Appellee_

v.

Anne V. Richardson
_Defendant-Appellant_

Docket No. 04-5637-bk

3.01cv2126
(DJS)

UNITED STATES COURT OF APPEALS
FILED
JUL 1 2 2005
Roseann B. MacKechnie, CLERK
SECOND CIRCUIT

The undersigned hereby stipulate and agree that the above-referenced petition for review shall be, and hereby is, dismissed with prejudice pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, without costs or attorneys' fees to any party.

Dated: 6/23/05

Attorney for Petitioner
Ira B. Grudberg

Dated: 6/23/05

Attorney for Respondent
James A. Lenes

Dated: July 12, 2005.

**SO ORDERED.**

FOR THE COURT
Roseann B. MacKechnie, Clerk of Court
By
Lisa J. Greenberg, Staff Counsel

A TRUE COPY
Roseann B. MacKechnie, CLERK

by
DEPUTY CLERK

CERTIFIED: July 12, 2005